looking through the window of the cafe about the time of the theft of the car is a sufficiently strong circumstance' to say that such, taken with other later shown circumstances, warrants belief of a conclusive nature that he was the thief.

▮ We do not think the peace officers should be allowed to testify that appellant's appearance fitted the description given to them by the cafe owner and his wife of the man who looked into the cafe window. Such was merely their conclusion, but of course they could describe how appellant looked, his clothing, etc. See Jackson v. State, 20 Tex.App. 190-193.

On account of the insufficiency of the testimony the judgment is reversed and the cause remanded.

The record is before us without statement of facts or bills of exception. The indictment is sufficient. A judgment of conviction shows that appellant pleaded guilty.

The judgment of the trial court is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

DAVIDSON, Judge.

The conviction is for driving an automobile while intoxicated; the punishment, a fine of fifty dollars and thirty days in the county jail.